AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Maryland

United States of America
v.

**Shamire Moore**
*Defendant*

Case: 1:25-mj-00015
Assigned To : Harvey, G. Michael
Assign. Date : 1/17/2025
Description: ARREST RULE (5)

Case No. 8:19-cr-00545-DLB

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Shamire Moore**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ SEALED Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: positive drug test, failure to report, failure to provide approved Maryland residence, failure to follow USPO instructions, failure to report to substance abuse and mental health assessments, failure to submit urine sample, all as set forth on attached Sealed Petition

Date:  December 16, 2024

*By: Deputy Clerk*

Address:  6500 Cherrywood Lane
          Greenbelt, Md. 20770

Catherine M. Stavlas, Clerk
*Name and Title of Issuing Officer*

### Return

This warrant was received on *(date)* 12/16/24, and the person was arrested on *(date)* 1/17/25
at *(city and state)* DC

Date: 1/17/25

*Arresting officer's signature*

Trejo 31634
*Printed name and title*