PROB 12
(Rev. 10/19)

**United States District Court**
for the
**DISTRICT OF MARYLAND**

**United States vs. Shamire Moore**                                                    Docket No.: 0416 8:19CR00545-002

**SEALED**
**Petition on Supervised Release**
**Petition #1**
**December 13, 2024**

     COMES NOW **Paola Gonzalez** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Shamire Moore** who was sentenced for **Count 5 - Possession of a Controlled Substance with Intent To Distribute, 21 U.S.C. § 841(a)(1), a Class D Felony, & Count 6 - Possession of a Firearm in Furtherance of Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i), Class A Felony\*,** by the **Honorable Deborah L. Boardman, U.S. District Judge,** sitting in the court at **Greenbelt, Maryland**, on the **7th day of March, 2023**, who sentenced the defendant to **1826 Days Bureau of Prisons; 60 Months Supervised Release**, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

*Supervision commenced on July 3, 2024.*
*\*Pursuant to 18 U.S.C. § 3583(e)(3), the maximum penalty upon revocation for a Class A Felony*
*is 5 years, and 2 years for a Class D Felony.*
*\*\*The maximum period of Supervised Release that may be imposed following a new term of*
*imprisonment upon revocation: 60 months, minus the term of imprisonment imposed.*

1. **You must participate in a vocational services program and follow the rules and regulations of that program. Such a program may include job readiness training and skills development training.**
2. **You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).**
3. **You must take all mental health medications that are prescribed by your treating physician.**
4. **You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).**
5. **You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.**
6. **You must not use or possess any controlled substances without a valid prescription. If you do have a valid prescription, you must disclose the prescription information to the probation officer and follow the instructions on the prescription.**
7. **Pay special assessment. Include if payment of the special assessment is specifically ordered as a special condition.**

Re: Moore, Shamire
Dkt. #: 0416 8:19CR00545-002
Petition #: 1
Page: 2

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation Number 1**
On September 4, 2024, Mr. Moore submitted a positive urine sample for amphetamine and methamphetamine.

The defendant is in violation of Mandatory Condition #3 which states: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Violation Number 2**
Mr. Moore failed to report to the United States Probation office as instructed on the following dates: August 21, 2024; November 18, 2024; and November 27, 2024.

The defendant is in violation of Standard Condition #2 which states: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Violation Number 3**
On September 18, 2024, Mr. Moore failed to provide an approved Maryland address and continued to reside at his mother's residence located in Washington, DC.

The defendant is in violation of Standard Condition #5 which states: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Violation Number 4**
Mr. Moore failed to follow the United States Probation Officer's instructions on the following dates: July 8, 2024; August 14, 2024; August 21, 2024; September 18, 2024; September 26, 2024; November 18, 2024; and November 27, 2024.

The defendant is in violation of Standard Condition #13 which states: You must follow the instructions of the probation officer related to the conditions of supervision.

**Violation Number 5**
Mr. Moore failed to report to his scheduled substance abuse and mental health assessments on the following dates: July 11, 2024, and August 15, 2024.

The defendant is in violation of the Special Condition which states: The defendant is in violation of the Special Condition which states: You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Violation Number 6**

Mr. Moore failed to report to his scheduled substance abuse and mental health assessments on the following dates: July 11, 2024, July 18, 2024, and August 15, 2024.

The defendant is in violation of the Special Condition which states: You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Violation Number 7**

Mr. Moore failed to submit a urine sample on July 25, 2024.

The defendant is in violation of the Special Condition which states: You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of Shamire Moore for alleged violations of Supervised Release. This document shall be sealed until the defendant's initial court appearance.

ORDER OF COURT

Considered and ordered as prayed this 16th day of December, 2024 and ordered filed and made a part of the records in the above case.

Deborah L. Boardman  
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct,

Paola Gonzalez, Senior U.S. Probation Officer

Date: December 13, 2024

Reviewed and Approved By:

Carrie Lacy, Supervisory U.S. Probation Officer

Date: December 13, 2024

Place: Greenbelt, Maryland